BETHEL, Judge,
concurring fully and specially.
Any attempt to discern legislative intent beyond the express language passed by a legislative body is as practical and productive as attempting to nail Jell-0 to the wall. Further, it is not fitting for the judicial branch to endeavor to “correct” the errors of the legislative branch other than in cases where the legislative branch has exceeded the authority granted it by the people. For these reasons, I concur fully in Judge Branch’s opinion.
Like Presiding Judge McFadden, I write separately to draw the attention of the General Assembly to this issue. Any responsible and engaged citizen of Georgia over the last seven years has seen the dramatic transformation of our criminal justice laws and systems. Ms. Bishop believes she is in the class of people this transformation was intended to positively affect. If so, the General Assembly has work left on this front.